Civil Pritchett, Plaintiff-Appellant, v. George Rich, Defendant-Appellee.

Gen. No. 11,001. 

Second District.

August 12, 1957.

Rehearing denied August 30, 1957.

Released for publication August 30, 1957.

Chester Thomas, and Ralph Schroeder for plaintiff-appellant; Frank G. Schubert, and Pratt, Heffernan & Ramseyer (Frank G. Schubert, and John T. Pratt, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.